IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WAADEW AYSISAYH,

      Appellant,

v.

MARGUERITE MORGAN, as
Administrator of the Florida State
Hospital, and ESTHER JACOBO,
as Interim Secretary of the Florida
Department of Children and
Families,

      Appellees.
_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2683

Opinion filed May 27, 2015.

An appeal from the Circuit Court for Gadsden County.
James O. Shelfer, Judge.

Waadew Aysisayh, pro se, Appellant.

No appearance for Appellees.

PER CURIAM.

      AFFIRMED.

THOMAS, MARSTILLER, and BILBREY, JJ., CONCUR.